■ In the Matter of CHRISTOPHER A. ROGERS, an Attorney, Resignor. [672 NYS2d 278] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of ESSIE A. SCHLOSS, an Attorney, Resignor. [672 NYS2d 276] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of NICKY SEGAL, an Attorney, Resignor. [672 NYS2d 278] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of MARTIN JEFFREY SPENO, an Attorney, Resignor. [672 NYS2d 276] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ In the Matter of DREW YANNO, an Attorney, Resignor. [672 NYS2d 278] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE E. NEWMAN, Appellant. [672 NYS2d 279] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Cattaraugus County Court, Himelein, J.—Aggravated Unlicensed Operation Motor Vehicle, 1st Degree.) Present—Denman, P. J., Lawton, Hayes, Wisner and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL CRUZ, Appellant. [685 NYS2d 386] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Kehoe, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.